UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 08, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Aquino-Aquino, Mario Alberto | Docket No. | 0980 2:21CR00007-RMP-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW   Araceli Mendoza, PRETRIAL SERVICES OFFICER , presenting an official report upon the conduct of defendant Mario Alberto Aquino-Aquino, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the court at Spokane, Washington, on the 9th day of February 2021, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law.  Defendant shall advise the supervising Pretrial Services Officer and defense counsel within 1 business day of any charge, arrest, or contact with law enforcement.  Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Mario Alberto Aquino-Aquino is alleged to be in violation of his pretrial release conditions by being charged with reckless endangerment, domestic violence on February 18, 2021.

Per COVID-19 procedures, Mr. Aquino-Aquino's conditions of pretrial release supervision were verbally reviewed with him on February 10, 2021.  He verbally acknowledged an understanding of his conditions, which included standard condition number 1, as noted above.  He was provided with a copy of the signed release order via mail.

According to the Royal City Police Department's (RCPD) narrative report for incident number 21RC069, the following occurred: On February 18, 2021, approximately 2 hours after RCPD responded to a verbal domestic call involving the defendant, the same officer was dispatched back to the defendant's mother's residence.  The defendant's mother contacted RCPD claiming the defendant burned a plate in the microwave oven.  Upon entering the residence, the officer immediately noticed smoke and the smell of burnt plastic.  The defendant's mother claimed Mr. Aquino-Aquino placed a plastic plate in the microwave oven for approximately 25 minutes causing the plate to burn, fill the entire apartment unit with smoke, set the smoke alarm off, and woke her up.  The RCPD officer reported he observed part of the bottom of a plastic plate melted onto the microwave oven tray.  He observed black burn marks on the top and bottom of the plate, along with the tortillas the defendant claimed to be warming up.

The defendant's brother claimed Mr. Aquino-Aquino has been "acting strange" the last few days. He reported the defendant has burned items in the microwave oven before.   He claimed he has confronted Mr. Aquino-Aquino regarding his misuse of the microwave oven and other similar behavior; however, Mr. Aquino-Aquino doesn't seem to consider the safety of the other residents in the home.  He claimed Mr. Aquino-Aquino has threatened his son telling him, "I am going to kill you." In this occasion, he reported his wife awoke to the sound of the smoke alarm, noticed thick smoke in the bedroom, and the children coughing.

The family disclosed they are concerned with the defendant's behavior.  The family reported that on February 17, 2021, the defendant tore the blinds from the windows and broke an electrical outlet cover.  An RCPD officer determined Mr. Aquino-Aquino may continue to put the other residents lives and health at risk and proceeded with an arrest for reckless endangerment, domestic violence.  Mr. Aquino-Aquino claimed to understand he would be taken into custody, but failed to follow the officer's directives.  According to the RCPD officer, the defendant was directed three times to stand up and put his hands behind his back, but failed to so.  After the defendant's  three failed attempts to comply, the RCPD officer removed the defendant, arrested and booked him into the Grant County Jail.

**Re: Aquino-Aquino, Mario Alberto**
**February 22, 2021**
**Page 2**

## PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|--|--|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| by | Executed on: February 22, 2021 |
| | s/Araceli Mendoza |
| | Araceli Mendoza<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

March 8, 2021
Date